

| | | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **BENJAMIN E. STOCKMAN**<br>*Assistant Corporation Counsel*<br>Telephone: (212) 788-1177<br>Facsimile: (212) 788-9776<br>bstockma@law.nyc.gov |

December 10, 2010

**VIA ECF AND HAND DELIVERY**
Honorable Brian M. Cogan
United States Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  Luis Dominguez v. City of New York, et al., 10 Civ. 2620 (BMC)

Your Honor:

As Assistant Corporation Counsel assigned to the above referenced action, I write to inform the Court that the parties have reached a settlement, and accordingly defendant respectfully submits the enclosed stipulation and order of settlement and dismissal, executed by counsel for defendants and plaintiff's counsel, for the Court's endorsement.

I thank the Court for its time and consideration in this matter.

Yours truly,

/s

Benjamin E. Stockman
Assistant Corporation Counsel
Special Federal Litigation Division

Cc:  Edward Zaloba, Esq., attorney for plaintiff (by ECF)

Enclosure

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LUIS ARMANDO DOMINGUEZ,

                                 Plaintiff,

-against-

THE CITY OF NEW YORK, DETECTIVE
LEONARD SHULMAN, POLICE OFFICER
BARRY WEINSTEIN, POLICE OFFICER
EDWARD GOUTINK, SHIELD #21171, POLICE
OFFICER ERIC KONOSKI, SHIELD #26428,
SERGEANT JASON HANNA, SHIELD #1632,
POLICE OFFICER JAMES BENISH, AND OTHER
UNIDENTIFIED NEW YORK CITY POLICE
OFFICERS, JOHN DOES (1-15),

                                 Defendants.
------------------------------------------------------------------X

**STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL**

10 CIV. 2620 (BMC)

        **WHEREAS**, plaintiff commenced this action by filing a complaint on or about June 9, 2010, alleging that the defendants violated plaintiff's federal civil and state common law rights; and

        **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

        **WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

        1.    The above-referenced action is hereby dismissed against defendants, with prejudice, and without costs, expenses, or attorneys' fees in excess of the amount specified in paragraph "2" below.

        2.    The City of New York hereby agrees to pay plaintiff LUIS DOMINGUEZ the sum of TEN THOUSAND DOLLARS ($10,000.00) in full satisfaction of all claims,

including claims for costs, expenses and attorneys' fees. In consideration for the payment of this sum, plaintiff agrees to dismissal of all the claims against the named defendants and to release the defendants the City of New York, Leonard Shulman, Barry Weinstein, Edward Goutink, Eric Konoski, Jason Blaha, and James Benish, including the defendants named herein as "OTHER UNIDENTIFIED NEW YORK CITY POLICE OFFICERS, JOHN DOES (1-15)", and any present or former employees and agents of the City of New York or any agency thereof, from any and all liability, claims, or rights of action which were or could have been alleged in this action, including claims for costs, expenses, and attorneys' fees.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph 2 above and an Affidavit of Status of Liens. If Medicare has provided payment and/or benefits for any injury or condition that is the subject of this lawsuit, prior to tendering the requisite documents to effect this settlement, Plaintiff shall have notified Medicare and shall submit with the settlement documents a Medicare final demand letter for conditional payments. A Medicare Set-Aside Trust may also be required if future anticipated medical costs are found to be necessary pursuant to 42 U.S.C. §1395y(b) and 42 C.F.R. §§411.22 through 411.26.

4. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. Plaintiff agrees to hold harmless the City of New York, Leonard Shulman, Barry Weinstein, Edward Goutink, Eric Konoski, Jason Blaha, and James Benish, regarding any liens or past and/or future Medicare payments, presently known or unknown in connection with this matter. If conditional and/or future anticipated Medicare payments have not been satisfied, defendants reserve the right to issue a multiparty settlement check, naming Medicare as a payee or to issue a check to Medicare directly based upon Medicare's final demand letter.

7. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
       October ___, 2010

LAW OFFICE OF EDWARD ZALOBA
118-21 Queens Blvd., Suite 504
Forest Hills, NY 11375


By: _____
    Edward Zaloba, Esq.
    *Attorneys for plaintiff*

MICHAEL A. CARDOZO
Corporation Counsel of the
   City of New York
Attorney for Defendants
100 Church Street, Room 3-155
New York, New York 10007
(212) 788-1177

By: _____
    Benjamin E. Stockman, Esq.
    Assistant Corporation Counsel


SO ORDERED:


Dated: New York, New York
       October _18_ 2010

_____
HON. BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE

3